FILED
JAN 1 0 2024
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

RECEIVED U.S. COURT OF APPEALS FOR THE D.C. CIRCUIT
2024 JAN 10 PM 2:29
FILING DEPOSITORY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN Reg:

Mahbobeh Shriati

Case number 23-000376-ELG

**OBJECTION TO NOTICE OF APPEARANCE Daniel K. Eisenhauer DATED 12/27/2023**

I, Mahbobeh Shariati, pursuant to 28 U.S.C 1746, hereby declare as follows under, penalty of perjury.

1-I am senior citizen, and I am competent to testify as to the matters set forth herein.

2-I,Mahbobeh Shariati claim my property at 748 Irving Street NW, Washington DC. PER Deed under husband and wife dated April 29/ 2004 Doc# 2004140859.

3-I Shariati do not have any joint debt any loan, any mortgage with Behrouz Shaykholeslami, and Behrouz Shaykholeslami, does not have any firsthand knowledge regarding any of Shariati's financial transaction, activity.

4- I, Shariati never sent any payment, and never had any contract with U.S. Bank Trust National Association.

5-I, Shariati never sent any payment, and never had any contract with ABS Loan Trust V.

6- U.S. Bank Trust National Association, and ABS Loan Trust V. never filed any complaint against I, Shariati, and there is non- judgment favored U.S. Bank Trust National Association, and there is non- judgment favored ABS Loan Trust V.

7-false,fraudulent papers filed in Shariati's DEED record since 2017 clouded Shariati's title and they are proof of unknown entity intentionally and knowingly attempt to steal senior citizen property.

PLEASE SEE 12 PAGES ATTACHED EXHIBITS

Executed on Wednesday 10th, day of January 2024 By; shariati, mahbobeh
Mahbobeh Shariati,[pro-se]
Private, independent, consumer

I, Shariati for 33 years am Owner of the fee simple, homestead Property known as 748 Irving street NW Washington, DC. I,Mahbobeh Shariati do not have any joint Debt, loan, Mortgage with Behrouz Shaykholeslami (my husband).



**CERTIFICATE OF SERVICE**

The objection copy filed with the Clerk of the Court, and send via us post today to

Daniel K. Eisenhauer PO BOX 2548 Leesburg, VA 20177 703-777-7101.
Cc via email
deisenhauer@orlans.com
Wendell W. Webster wwebster@websterfredrickson.com

# B|W|W

6003 EXECUTIVE BLVD
SUITE 101
ROCKVILLE, MD 20852
(301) 961-6555 (PHONE)
(301) 961-6545 (FACSIMILE)

BWW LAW GROUP, LLC
ATTORNEYS AT LAW
www.bww-law.com

8100 THREE CHOPT ROAD
SUITE 240
RICHMOND, VA 23229
(804) 282-0463 (PHONE)
(804) 282-0541 (FACSIMILE)

Exhibit
unknown
ABS Loan Trust V
unknown
US Bank Trust N.A
unknown Trust
unknown beneficiary
unknown Account #

October 9, 2023

Mahbobeh Shariati
748 Irving St NW
Washington, DC 20001

| | |
|---|---|
| RE: | U.S. Bank Trust National Association, as Trustee, for ABS Loan Trust V v. Mahbobeh Shariati |
| Case#: | 2017 CA 007217 R(RP) |
| Property Address: | 748 Irving St, Washington, DC 20001 |
| BWW#: | DC-319935 |

Exhibit
unknown BWW
unknown Attorney

Dear Sir or Madam:

The undersigned attorney represents U.S. Bank Trust National Association, as Trustee, for ABS Loan Trust V in the above referenced case. The purpose of this letter is to inquire whether you consent to the court granting an Omnibus motion to strike pleadings filed by defendant Shararati. We suggest that you retain and contact an attorney to discuss this matter and have that attorney contact us with any questions.

If you do consent, please notify us promptly. If we do not hear from you, we will assume that you do not consent.

Sincerely,
BWW Law Group, LLC

Exhibit
proof of the unknown entity attempt to steal homestead property of the senior citizen.

Exhibit
is Alleged US Bank Trust National association is Trustee of Howard N. Bierman et.al Carrie M. Ward et.al alleged court appointed Trustees



6003 EXECUTIVE BLVD.
SUITE 101
ROCKVILLE, MD 20852
(301) 961-6555 (PHONE)
(301) 961-6545 (FACSIMILE)

BWW LAW GROUP, LLC
ATTORNEYS AT LAW
www.bww-law.com

8100 THREE CHOPT ROAD
SUITE 240
RICHMOND, VA 23229
(804) 282-0463 (PHONE)
(804) 282-0541 (FACSIMILE)

August 29, 2019

Exhibit
unknown
ABS REO Trust V.
unknown
attorney
unknown
account
Number

Mahbobeh Shariati
748 Irving Street NW
Washington Dc, DC 20010

| | |
|---|---|
| RE: | Bank of America NA v. Mahbobeh Shariati |
| Case#: | 2017 CA 007217 R(RP) |
| Property Address: | 748 Irving Street, Washington, DC 20001 |
| BWW#: | DC-319935 |

Dear Sir or Madam:

The undersigned attorney represents Plaintiff in the above referenced case. Bank of America NA has transferred its interest in the subject loan in the foreclosure case to ABS REO Trust V. The purpose of this letter is to inquire whether you consent to the court granting a Motion to Substitute Plaintiff. We suggest that you retain and contact an attorney to discuss this matter and have that attorney contact us with any questions.

If you do consent, please notify us promptly. If we do not hear from you, we will assume that you do not consent.

Exhibit
Proof of the unknown entity attempt to steal homestead property of the senior citizen. intentionally and knowingly.

Sincerely,

Kimberly Lawson

Exhibit
unknown
BWW

THIS LETTER IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE

Exhibit who own the alleged deb, loan, Mortgage ?

11. On or about September 25, 2014, Defendant Mahbobeh Shariati defaulted under the terms of the Note and Deed of Trust by failing to make the required payments.

12. On or about April 12, 2017 pursuant to the Deed of Trust, the lender effectuated the mailing of a demand letter to Defendant Mahbobeh Shariati stating the total amount needed to cure the default. A copy of the demand letter is attached hereto as Exhibit D.

13. Defendants failed to cure the default, and therefore, pursuant to the terms of the Deed of Trust, the loan was accelerated.

14. As of September 29, 2017, Defendant Mahbobeh Shariati owes $185,116.84 to Plaintiff under the Note, exclusive of any costs or fees incurred herein. See judgment figures statement attached hereto as Exhibit E.

15. Interest, taxes, insurance, and other elements of the debt continue to accrue.

16. Department of Defense records indicate that Defendants are not on active military duty. A copy of the relevant Department of Defense Manpower Data Center Status Reports is attached hereto as Exhibit F.

17. Plaintiff appointed Carrie M. Ward, Howard N. Bierman, Jacob Geesing, Joshua P. Coleman, Andrew J. Brenner, Angela M. Dawkins, David Chen, Megh Milan Mittra, Ludeen McCartney-Green and Wayne Anthony Holman as Substitute Trustees (the "Substitute Trustees") under the Deed of Trust through a Deed of Appointment of Substitute Trustees recorded in the land records of the District of Columbia. A copy of the executed Appointment of Substitute Trustees is attached hereto as Exhibit G.

18. At this time, there are no known title defects or other issues that would preclude a judicial foreclosure.

Exhibit Ploof of the unknown entity attempt to steal home-stead property of the senior citizen intentionally and knowingly

Exhibit Fraudulently stated Court appointed trustees

Doc #: 2017099501
09/08/2017 11:31 AM

BWW#: DC-319935

AFTER RECORDING PLEASE RETURN TO:
6003 Executive Blvd, Suite 101
Rockville, MD 20852

## APPOINTMENT OF SUBSTITUTE TRUSTEES

WHEREAS, by a Deed of Trust dated October 14, 2006, and recorded among the Land Records of the District of Columbia on December 14, 2006 bearing Instrument Number 2006169081, Behrouz Shaykholeslami and Mahbobeh Shariati did grant and convey to Prlap, Inc., Trustee(s), the real property described in said Deed of Trust to secure an indebtedness evidenced by a promissory note of the same date and also described in said Deed of Trust, and;

WHEREAS, under the terms of the Deed of Trust, the holder of the beneficial interest in the Deed of Trust may remove the trustee(s) and appoint successor trustee(s), and,

WHEREAS, Bank of America, N.A. is the holder of the beneficial interest in the Deed of Trust by virtue of being the holder or agent of the holder of the Note secured by the aforementioned Deed of Trust.

NOW THEREFORE, by virtue of the authority granted in the aforementioned Deed of Trust the undersigned hereby appoints Carrie M. Ward, Howard N. Bierman, Jacob Geesing, Joshua P. Coleman, Andrew J. Brenner, Angela M. Dawkins, David Chen, Megh Milan Mittra, Ludeen McCartney-Green and Wayne Anthony Holman as Substitute Trustees under the said Deed of Trust, any of whom may act independently, in the place and stead of the trustee(s) originally named therein or in place of any other trustee(s) who have heretofore been substituted for the originally named trustee(s), the said Substitute Trustees being vested with all of the right, title and interest and clothed with all the rights, power and privileges of the trustee(s) by the terms of said Deed of Trust and by applicable law.

Property Address: 748 Irving Street, Washington, DC 20001
Lot: 0058/ Square: 2890

Exhibit
Unknown Assistant
Vice President
from Arizona

Bank of America, N.A. (Bana)

By [signature] 8-29-17

Name: Ann Louise Allred

Title: Assistant Vice President (AVP)

Date: August 29 2017

Exhibit
Unknow
Trust
Unknow
Truste
Unknow
Deed
Trust

STATE of Arizona

COUNTY of Maricopa

Before me, Lynn Marie Jensen-Lee, the undersigned officer, on this, the 29 day of August, 2017, personally appeared Ann Louise Allred

☐ known to me or, ☒ through production of Driver License as identification, who identified her/himself to be the AVP of Bana, the person and officer whose name is subscribed to the foregoing instrument, and being authorized to do so, acknowledged that (s)he had executed the foregoing instrument as the act of such corporation for the purpose and consideration described and in the capacity stated.

(seal)

LYNN MARIE JENSEN-LEE
NOTARY PUBLIC - ARIZONA
Maricopa County
My Commission Expires
September 16, 2020

[signature] 8-29-17
Lynn Marie Jensen-Lee
Notary Public, State of Arizona

Commission No.: 515893

My Commission Expires: 9-16-2020

Exhibit
Debt
Loan
Lien
Do Not
exist

Exhibit. Proof of the unknown entity attempt to steal home stead property of the Senior citizen intentionally and knowingly

Doc #: 2019001505
01/04/2019 10:24 AM

Exhibit
unknown ABS Loan Trust V
unknown loan No.
unknown Meridian Asset Service LLC
unknown sverLn No.
unknown Trust
unknown Trustee
unknown beneficiary

Prepared By and Return To:
Kathleen Collins
Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

Space above for Recorder's use

Loan No: 2935821
Svcr Ln No: 876980683


8092244

## ASSIGNMENT OF DEED OF TRUST

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, BANK OF AMERICA, N.A., whose address is 1800 TAPO CANYON RD., SIMI VALLEY, CA 93063, (ASSIGNOR), does hereby grant, assign and transfer to ABS LOAN TRUST V, whose address is ONE BRYANT PARK, 38TH FLOOR, NEW YORK, NEW YORK 10036, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain deed of trust, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Exhibit I, never received # 250,000 from Bank of America N.A

Date of Deed of Trust: 10/14/2006
Original Loan Amount: $250,000.00
Executed by (Borrower(s)): MAHBOBEH SHARIATI & BEHROUZ SHAYKHOLESLAMI
Original Trustee: PRLAP, INC.
Original Beneficiary: BANK OF AMERICA, N.A.
Filed of Record: In Book N/A, Page N/A,
Document/Instrument No: 2006169881 in the Recording District of WASHINGTON, DC, Recorded on 12/14/2006.

Exhibit in Book N/A, Page N/A

Exhibit unknown attorney in fact

Legal Description: SEE EXHIBIT "A" ATTACHED
Property more commonly described as: 748 IRVING ST, WASHINGTON DC, DC 20001

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: DEC 21 2018

BANK OF AMERICA, N.A., BY MERIDIAN ASSET SERVICES, LLC, ITS ATTORNEY-IN-FACT

By: STEVEN JANICEK
Title: VICE PRESIDENT

Witness Name: MONICA GARDNER

Exhibit
I, Never recived # 250,000.00 from Bank of America, N.A
Debt, loan, lien Do Not exist

Exhibit
Proof of the unknown entity attempt to steal fee simple, homestead exempt, property of the senior citizen, knowingly and intention

2935821 BOA_Oct2018 8092244

Doc #: 2019038146
04/15/2019 02:34 PM

Recording Requested By:
Select Portfolio Servicing, Inc.

When Recorded Return To
RICHMOND MONROE GROUP/RRA
82 JIM LINEGAR LN
Branson West, MO 65737
Ref#: 0009220000002567

TS Ref #: 0004180000066794

## CORPORATE ASSIGNMENT OF DEED OF TRUST

DC/WASHINGTON

Assignment Prepared on: March 28, 2019

Assignor: ABS LOAN TRUST V BY SELECT PORTFOLIO SERVICING, INC., ITS ATTORNEY IN FACT, at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

Assignee: ABS REO TRUST V, at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Deed of Trust Dated: 10/14/2006, in the amount of $250,000.00, executed by MAHBOBEH SHARIATI, BEHROUZ SHAYKHOLESLAMI to BANK OF AMERICA, NA and Recorded: 12/14/2006, Document #: 2006169081 in the District of Columbia.

Square #: 2890 / Lot #: 58
Property Address: 748 IRVING ST, WASHINGTON DC, DC, 20001
Legal Description:
ALL THAT REAL PROPERTY SITUATE IN THE DISTRICT OF COLUMBIA, DESIGNATED ON THE RECORDS OF THE ASSESSOR OF THE DISTRICT OF COLUMBIA FOR ASSESSMENT AND TAXATION PURPOSES AS:

LOT 58, IN SQUARE 2890

BEING THE SAME PREMISES CONVEYED AND MORE FULLY DESCRIBED IN A DEED, IN DOC NO. 140869.

PROPERTY ADDRESS: 748 IRVING STREET

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Deed of Trust.

ABS LOAN TRUST V BY SELECT PORTFOLIO SERVICING, INC., ITS ATTORNEY IN FACT

On: APR 01 2019
By: [signature]
Name: SHANDA SWALOR
DOC CONTROL OFFICER
Title:

SELECT PORTFOLIO SERVICING, INC. Corporate 1989 SEAL UTAH

State of UTAH
County of SALT LAKE

On APR 01 2019, before me, Molina Fresquez, a Notary Public in and for SALT LAKE in the State of UTAH, personally appeared Shanda Swalor Doc. Control Officer, ABS LOAN TRUST V BY SELECT PORTFOLIO SERVICING, INC., ITS ATTORNEY IN FACT, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.
[signature]
MOLINA FRESQUEZ
Notary Expires: JAN 28 2023 / #: 704224
District of Columbia

MOLINA FRESQUEZ
Notary Public State of Utah
My Commission Expires on:
January 28, 2023
Comm. Number: 704224

Exhibit
1, Shariati
Never recived
$250,000.00
From Bank of
America, NA

Exhibit
Unknown SPS
unknown
ABS REO trust V
unknown
ABS Loan trust V
unknown
attorney in fact

Exhibit
Debt, loan
Lien DO Not
exist

Exhibit
Proof of the unknown
entity attempt to
steal fee simple
homestead, exampt
property of the
senior citizen,
knowingly and intentional

G. Grant such other relief deemed just and proper.

**VERIFICATION**

I verify under penalty of perjury that I have the authority to verify this particular pleading on behalf of the Plaintiff, and that the facts stated in the pleading are true and correct.

Exhibit unknown Assistant, Vice President from Texas, Dallas signed it Not BoA CEO

By: [signature]

Signature: [signature]

Title: Assistant Vice President

Bank of America, N. A.

STATE of Texas

COUNTY of Dallas

Before me, Christiny Lyon, the undersigned officer, on this, the 11 day of Oct, 2017, personally appeared [illegible] known to me or, through production of Texas Drivers License as identification, who identified her/himself to be the Assistant Vice President of Bank of America N.A., the person and officer whose name is subscribed to the foregoing instrument, and being authorized to do so, acknowledged that (s)he had executed the foregoing instrument as the act of such corporation for the purpose and consideration described and in the capacity stated

(seal)

CHRISTINY LYON
Notary Public
STATE OF TEXAS
My Comm. Exp. 05-12-20
Notary ID # 13046135-4

Christiny Lyon 10/11/17

Notary Public, State of Texas

Commission No.: 13046135-4

My Commission Expires: 5/12/20

Exhibit Debt Loan Lien Do Not exist

Respectfully submitted,

[signature]

David Chen, Esq (D.C. Bar # 1000517)
Kimberly Lawson, Esq. (D.C. Bar # 1031526)
Patrick Decker, Esq (D.C. Bar # 1004110)
✓Milan Mittra, Esq. (D.C. Bar # 989358)
BWW Law Group, LLC
6003 Executive Blvd
Suite 101
Rockville, MD 20852
301-961-6555
301-961-6545 FAX
CourtsDC@bww-law.com
*Counsel for the Plaintiff*

Exhibit BoA did Not File any complaint

Exhibit BoA Do Not have any attorney in this case

BWW# DC 319935

Exhibit Proof of the unknown entity attempt to steal homestead property of the senior citizen.

Exhibit Alleged plaintiff do Not have any attorney

Doc #: 2017124364
11/08/2017 02:55 PM

BWW#: DC-319935

# NOTICE OF LIS PENDENDS

**Notice of filing of action regarding the property known as:**
748 Irving Street, Washington, DC 20001

1. **NAME OF COURT IN WHICH ACTION HAS BEEN FILED:** Superior Court for the District of Columbia, 500 Indiana Ave, NW, Washington, DC 20001

2. **TITLE OF ACTION:** Bank of America, N.A. v. Mahbobeh Shariati, et al.

3. **DOCKET NUMBER:** 2017 CA 007217 R(RP)

4. **DATE OF FILING:** October 24, 2017

5. **OBJECT OF THE FILING:** Real Estate Judicial Foreclosure

6. **AMOUNT OF THE CLAIM ASSERTED OR THE NATURE OF ANY OTHER RELIEF SOUGHT:** Real Estate Judicial Foreclosure

7. **NAME OF PERSON WHOSE ESTATE IS INTENDED TO BE AFFECTED THEREBY:** Mahbobeh Shariati

8. **DESCRIPTION OF REAL PROPERTY SOUGHT TO BE AFFECTED:** 748 Irving Street, Washington, DC 20001, recorded in the land records as Square/Lot 2890 / 0058.

Exhibit
Bank of America, N.A
Never filed any
Complaint against
I, Shariati

Kimberly Lawson, Esq. (D.C. Bar # 1031526)
BWW Law Group, LLC
6003 Executive Blvd
Suite 101
Rockville, MD 20852
301-961-6555
301-961-6545 FAX
CourtsDC@bww-law.com
*Counsel for the Plaintiff*

Exhibit
Debt
Loan
Lien
Do Not
exist

Subscribed, sworn to and acknowledged before me, the undersigned Notary Public, this 8th day of November, 2017, by Ayana N Thompson.

Notary Public

Exhibit
proof of the unknown
entity attempt To steal
fee simple, homestead,
exampt property of
the senior citizen
knowingly and intentionaly




Exhibit
fraudulent
lack proof
of the ownership
lack account
recievable

Debtor 1 Mahbobeh Shariati
Debtor 2 ____________
(Spouse, if filing)
United States Bankruptcy Court for the: District of Columbia
Case number 20-00161-SMT

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.
Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.
A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

**Part 1: Identify the claim**

| | | |
|---|---|---|
| 1 | Who is the current creditor? | U.S. Bank Trust National Association, as Trustee, for ABS Loan Trust V<br>Other names the creditor used with the debtor: Select Portfolio Servicing, Inc. |
| 2 | Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? |
| 3 | Where should notices and payments to the creditor be sent?<br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br>Name Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City UT 84165-0250<br>Contact phone 800-258-8602<br>Contact email N/A<br><br>Where should payments to the creditor be sent? (if different)<br>Name Select Portfolio Servicing, Inc.<br>Attn: Remittance Processing P.O. Box 65450<br>Salt Lake City UT 84165-0450<br>Contact phone 800-258-8602<br>Contact email N/A<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one): |
| 4 | Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) ____ Filed on ____ MM/DD/YYYY |
| 5 | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? ____ |

Exhibit
SPS
filed fraudulent
proof of claim
unknown creditor

Exhibit
unknown
Trust
unknown
Trustee
unknown
ABS Loan Trust V
unknown
Select Portfolio
servicing INC.
To Me
Never had
any contract
Never send
any payment
To them
unknown
beneficiary



Exhibit
Proof of the unknown
entity attempt To steal
home stead property of
The Senior citizen.

**Part 2 Give Information About the Claim as of the Date the Case Was Filed**

**6 Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: XXXXXX9578

**7 How much is the claim?** $204,767.25

Does this amount include interest or other charges?

☐ No

☑ Yes. Attach a statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001 (c)(2)(A).

**8 What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attached redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Money Loaned

Exhibit Never recived it

**9 Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property

Exhibit unsecured, breached past statute of limitation

Nature of property:

☑ Real estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.

☐ Motor Vehicle

☐ Other Describe: 748 Irving St. Washington, DC 20001

Basis for perfection: Recorded Deed of Trust

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of Property: $___

Amount of the claim that is secured: $204,767.25

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $71,686.19

Annual Interest Rate (when case was filed) 4.74%

☐ Fixed

☑ Variable

Exhibit debt lien mortgage loan DO NOT exist

**10 Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition $______

**11 Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: ______



Exhibits
What means
instrument NO. 90000 20263
original balance of
$ 22,838.30
on the alleged Judicial
sale of the property

**12 Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. Check one.

Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). $________

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). $________

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). $________

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). $________

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). $________

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. $________

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box.

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 5/27/2020

/s/ Leah Freedman
Signature

Print the name of the person who is completing and signing this claim

Name: Leah (First name) ___ (Middle name) Freedman (Last name)

Title: Attorney

Company: BWW Law Group, LLC
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: 6003 Executive Blvd, Suite 101
Number Street

Rockville (City) MD (State) 20852 (ZIP Code)

Contact phone: 301-961-6555 Email: bankruptcy@bww-law.com

REBECCA A. HERR, Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401

# IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period from June 01, 2019 to June 01, 2020
Chapter 13 Case #: 20-00161-SMT

Re: MAHBOBEH SHARIATI
748 IRVING ST NW
WASHINGTON, DC 20010

Attorney: PRO SE - DEBTOR
ACTING AS OWN ATTORNEY

Your case information is available at the National Data Center. Please visit www.NDC.ORG and click on the link for new debtor access.

## RECEIPTS FOR PERIOD

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|

## CLAIMS AND DISTRIBUTIONS TO DATE

| Claim # | Claimant Name | Class | Int Rate | Allowed Claim | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|
| TTE | Trustee Compensation | Admin | | | | | |
| DREF | MAHBOBEH SHARIATI | Admin | | | | | |
| 00001 | SELECT PORTFOLIO SERVICING | Unsecured | | 0.00 | 0.00 | 0.00 | 0.00 |
| 00002 | JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | | 0.00 | 0.00 | 0.00 | 0.00 |
| 00003 | ATLAS ACQUISITIONS LLC | Unsecured | | 0.00 | 0.00 | 0.00 | 0.00 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: 06/01/2020

Receipts: $0.00 Paid to Claims: $0.00 Administrative Costs Paid: $0 00 Funds on Hand: $0.00

Total Principal Balance: ** $0.00

** NOTE: Do not pay off your plan early without consulting your attorney. The principal balance does NOT represent the payoff amount for your case. This is only a current balance and does not include any future accrued interest on claims or Trustee fees.

** NOTE: Please remember to submit your annual tax returns and refunds, if required, or proof that you had no refund for each year of your case. Failure to submit this information may delay the discharge process of your case.

Exhibit
# 0.00 unsecured
# 0.00 secured
total principal Balance # 0.00
Allowed claim # 0.00

Exhibit
proof of the unknown entity attempt To steal homestead property of the senior citizen.