**FILED**
JAN 10 2024
Clerk, U.S. Dist. & Bankruptcy
Courts for the District of Columbia

Mahbobeh Shriati

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

IN Re:

Case number 23-000376-ELG

## CLAIM 534 LINCOLN ST NW VIENNA, VIRGINIA 221809LOT 20A)

I, Mahbobeh Shariati, pursuant to 28 U.S.C 1746, hereby declare as follows under, penalty of perjury. 1-I am senior citizen, and I am competent to testify as to the matters set forth herein.

2-- I claim my property known as 534 LINCOLN ST NW VIENNA, VIRGINIA 22180 (LOT 20A) PER Deed under husband and wife 11/14/2008, instrument No.2008033169.005 BK 201176 2097.

3-I Shariati do not have any joint debt any loan, any mortgage with Behrouz Shaykholeslami, and Behrouz Shaykholeslami, does not have any firsthand knowledge regarding any of Shariati's financial transaction, activity.

4- I, Shariati re-subdivide per all of the Fairfax county and town of Vienna zoning codes.505 Highland st nw ,and 530 Lincoln st nw, and 538 Lincoln st nw , and 534 Lincoln st (lot 20A) on 11/ 7/207 Shariati paid in full all of the town of Vienna and Fairfax county taxes till 2019,and continue paying 534 Lincoln (lot20A) taxes even lot damaged.

5-Muhammad MIR without Behrouz Shaykholeslami, and without Mahbobeh Shariati knowledge and consent and without Town of Vienna zoning approval, re-subdivide Lot 530 Lincoln and 534 Lincoln st NW ,

6- Mir Muhammad intentionally and knowingly contempt the court order.

PLEASE SEE 15 PAGES ATTACHED EXHIBITS

Executed on Wednesday 10th, day of January 2024     By: Shariati, Mahbobeh
                                                        Mahbobeh Shariati,[pro-se]
                                                        Private, independent, consumer

I, Shariati re-subdivide per all of the Fairfax county and town of Vienna zoning codes.505 Highland st nw ,and 530 Lincoln st nw, and 538 Lincoln st nw , and 534 Lincoln st (lot 20A Shariati paid in full all of the town of Vienna and Fairfax county taxes till 2019,and continue paying my property taxes even lot damaged).


RECEIVED Mail Room
JAN 11 2024
Angela D. Caesar, Clerk of Court
U.S. Bankruptcy Court, District of Columbia

2008000875.001    BK 19741 1283    01/14/2008 11:51:19

DMZ Cover Sheet 2.0                                                  Page 1 of 1

# Fairfax County Land Records
## Cover Sheet

**Instruments**
RESUBDIVISION, DEED

**Grantor(s)**
SHAYKHOLESLAMI, BEHROUZ_I_N, SHARIATI, MAHBOBEH_I_N

**Grantee(s)**
TOWN OF VIENNA_I_N

| Consideration | | Consideration % | 100 |
|---|---|---|---|
| Tax Exemption | | Amount Not Taxed | |
| DEM Number | | Tax Map Number | |
| Original Book | | Original Page | |
| Title Company | | | Title Case |
| Property Descr. | | | |
| Certified | No | Copies 0 | Page Range |





EXHIBIT 3

https://s80w2kcrw01.ffx.co.fairfax.va.us/coversheet/cover_request.cfm         1/14/2008

Tax Map# 038-3-08-0018 (Lot 18); 038-3-08-0019B (Lot 19B); and 038-1-04-0020 (Lot 20)
Grantee Address: 538 Lincoln St., Vienna, VA 22180

## DEED OF CONSOLIDATION AND RESUBDIVISION

This Deed of Consolidation and Resubdivision (the "Deed") is made and entered into this __7__ day of November 2007 by Behrouz Shaykholeslami and Mahbobeh Shariati, husband and wife as Tenants by the Entirety (the "TBE"), Behrouz Shaykholeslami and Mahbobeh Shariati, joint tenants with the right of survivorship (the "JT") and Behrouz Shaykholeslami, individually (the "Husband"), collectively as Grantor and Grantee and Owner, and the TOWN OF VIENNA, VIRGINIA, a municipal corporation (the "Town"), as a Grantee.

Recitals:

A.  TBE are the fee simple owners of Lot 18 containing 27,552 square feet more or less as shown on plat of property recorded with Deed of Subdivision for Malcolm Heights in Deed Book 525 at page 537 among the land records of Fairfax County, Virginia having acquired title by Deed dated April 29, 2004 recorded among the land records of Fairfax County, Virginia in Deed Book 16010 at Page 0002 ("Lot 18").

B.  Husband is the fee simple owner of Lot 19B containing 13,751 square feet more or less as shown on plat of property recorded with Deed of Subdivision for in Deed Book Malcolm Heights in Deed Book 525 at page 537 among the land records of Fairfax County, Virginia having acquired title by Deed dated July 11, 2005 recorded among the land records of Fairfax County, Virginia in Deed Book 17512 at Page 1258 ("Lot 19B").

C.  JT are the fee simple owners of Lot 20 containing 21,996 square feet more or less as shown on plat of property recorded with Deed of Subdivision for Malcolm Heights in Deed Book 525 at page 537 among the land records of Fairfax County, Virginia having acquired title by Deed dated August 31, 2000 recorded among the land records of Fairfax County, Virginia in Deed Book 11511 at Page 1281 ("Lot 20").

D.  It is the desire and intent of TBE, JT, and Husband to consolidate and resubdivide Lot 18, Lot 19B, and Lot 20 (hereinafter known as the "Property").

E.  It is the desire and intent of TBE, JT, and Husband to create the storm drain easements in the locations shown on the Plat and as hereinafter provided.

NOW THERFORE and in consideration of Ten Dollars ($10.00) in hand, paid each to the other, the premises and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Owner hereby consolidates Lot 18, Lot 19B, and Lot 20 and resubdivides the consolidated Property to be henceforth known as Lots 18, 19B, 20A and 20B of The Property of Behrouz Shaykholeslami and Mahbobeh Shariati, husband and wife as Tenants by the Entirety (sometimes hereinafter referred to as Lot 18, Lot 19B, Lot 20A, and Lot 20B respectively) and as more particularly shown and described on that certain "Record and Easement Plat

After Recordation Return to:
Michael J. Wade, Esquire
Gary & Regenhardt PLLC
8500 Leesburg Pike, Suite 7000
Vienna, VA 22182

Tax Map# 038-3-08-0018 (Lot 18); 038-3-08-0019B (Lot 19B); and 038-1-04-0020 (Lot 20)
Grantee Address: 538 Lincoln St., Vienna, VA 22180

Resubdivision Lot 18, 19B and 20, Malcolm Heights" dated January 2007, prepared by Civiland, LLC, and attached hereto and incorporated herein as Exhibit A.

Said Lot 18 is further identified as 505 Highland Street, N.W. Vienna, Virginia and consisting of 13,796 square feet more or less, and

Said Lot 19B is further identified 530 Lincoln Street, N.W. Vienna, Virginia and consisting of 16,500 square feet more or less, and

Said Lot 20A is further identified as 534 Lincoln Street, N.W. Vienna, Virginia and consisting of 16,500 square feet more or less, and

Said Lot 20B is further identified as 538 Lincoln Street, N.W. Vienna, Virginia and consisting of 16,500 square feet more or less.

**THIS DEED FURTHER WITNESSETH**, that for and in consideration of Ten Dollars ($10.00) in hand, paid each to the other, and other good and valuable consideration, receipt of which is hereby acknowledged, the Owner does hereby create and establish for the benefit of Lot 19B and Lot 20A an ingress and egress easement over and across Lot 19A and Lot 20B for the purposes of access to and from the Storm Water Management Easement for inspection maintenance, upkeep and repair of the Storm Drain Easement facilities, structures, lines and appurtenances (the "**Storm Drainage Facilities or Infiltration Trench**"), said Storm Drain Easement being more particularly bounded and described on the Plat.

A.   **Storm Water Management Maintenance.**   Storm Water Management Maintenance Easements for the purpose of constructing, operating, maintaining, adding or altering present or future storm drainage facilities, plus necessary inlet structures and appurtenances for the collection of storm drainage and its transmission through and across the Property of the Owner, said Property and easements being more particularly bounded and described on the Plat as "PROPOSED STORM DRAIN EASEMENT".

The above easements are subject to the following terms and conditions:

1.   The on-site Infiltration Trench and Storm Drainage Facilities shall be constructed by the owners of Lot 19B and Lot 20A in accordance with the plans and specifications identified on the Plat.

2.   The owners of Parcels Lot 19B and Lot 20A shall maintain the storm water detention facilities as shown on the Plat in good working order acceptable to the Town.

3.   The owners of Lot 19B and Lot 20A hereby grant permission to the Town, its authorized agents and employees, to enter upon the Property via the easements as

After Recordation Return to:
Michael J. Wade, Esquire
Gary & Regenhardt PLLC
8500 Leesburg Pike, Suite 7000
Vienna, VA 22182

2

Tax Map# 038-3-08-0018 (Lot 18); 038-3-08-0019B (Lot 19B); and 038-1-04-0020 (Lot 20)
Grantee Address: 538 Lincoln St., Vienna, VA 22180

shown on the Plat and to inspect the Infiltration Trench and Storm Drainage Facilities whenever it deems necessary. Whenever possible, the Town shall notify the owners of Lots 19B and 20A prior to entering the Property.

4. In the event the owners of Lots 19B and 20A fail to maintain the Infiltration Trench and Storm Drainage Facilities as shown on the Plat, in good working order acceptable to the Town, the Town may enter upon the Property and take whatever steps it deems necessary to maintain said storm water detention facilities. This provision shall not be construed to allow the Town to erect any structure(s) of a permanent nature on Lot 19B and Lot 20A. It is expressly understood and agreed that the Town is under no obligation to maintain or repair said facilities, and in no event shall this Deed be construed to impose any such obligations on the Town.

5. In the event the Town, pursuant to this Deed, performs work of any nature, or expends any funds in performance of said work for labor, use of equipment, supplies, materials and the like, the owner(s) of Parcels Lot 19B and Lot 20A (as applicable) shall reimburse the Town upon demand, within ten (10) days of receipt thereof for costs incurred by the Town hereunder.

6. It is the intent of this Deed to insure the proper maintenance of on-site storm water detention facilities by the owners of Lot 19B and Lot 20A, provided, however, that this Deed shall not be deemed to create or effect any additional liability of any party for damage alleged to result from or be caused by storm water drainage.

7. In the event the Town, pursuant to this Deed, performs work of any nature, or expends any funds in performance of said work for labor, use of equipment, supplies, materials and the like, the Town shall have the right to trim, cut and remove, shrubbery, fences, structures or other obstructions or facilities in or near the easement being conveyed, deemed by it to interfere with the proper and efficient construction, operation and maintenance of said water detention facilities. The Town shall be under no obligation to restore the premises to their original condition.

8. The owners of Lot 19B and Lot 20A, their respective executors, administrators, assigns, and any other successors in interest, shall indemnify and hold harmless the Town and its agents and employees for any and all damages, accidents, casualties, occurrences or claims which might arise or be asserted against the Town from the construction, presence, existence or maintenance of the storm water detention facilities by the owners of Lot 19B and Lot 20A or the Town. In the event a claim is asserted against the Town, its agents or employees, the Town shall promptly notify the owners of Lot 19B and Lot 20A and the owners of Lot 19B and Lot 20A shall defend at their own expense any suit based on such claim. If any judgment or claims against the Town, its agents or employees shall be allowed, the owners of Lot 19B and Lot 20A shall pay all costs and expenses in connection therewith. All references to the Owner as

After Recordation Return to:
Michael J. Wade, Esquire
Gary & Regenhardt PLLC
8500 Leesburg Pike, Suite 7000
Vienna, VA 22182

3

Tax Map# 038-3-08-0018 (Lot 18); 038-3-08-0019B (Lot 19B); and 038-1-04-0020 (Lot 20)
Grantee Address: 538 Lincoln St., Vienna, VA 22180

contained herein shall apply jointly and severally to all owners of Lot 19B and Lot 20A, should more than one entity or individual be the owner thereof.

9. This Deed shall be recorded among the land records of Fairfax County, Virginia, and shall constitute a covenant running with the land, and shall be binding on all the owners of Lot 19B and Lot 20A, their administrators, executors, assigns, heirs and any other successors in interest.

This Deed of Consolidation and Resubdivision is made in accordance with the statutes and with the free consent and in accordance with the desire of the undersigned Owner, proprietors, and trustees, if any..

*Signatures and Notarizations on Following Pages*

After Recordation Return to:
Michael J. Wade, Esquire
Gary & Regenhardt PLLC
8500 Leesburg Pike, Suite 7000
Vienna, VA 22182

4

BK 19741 1288

Tax Map# 038-3-08-0018 (Lot 18); 038-3-08-0019B (Lot 19B); and 038-1-04-0020 (Lot 20)
Grantee Address: 538 Lincoln St., Vienna, VA 22180

WITNESS the following signatures and seal:

                                       **Behrouz Shaykholeslami and
Mahbobeh Shariati, husband and
wife as Tenants by the Entirety**

By: _____
      Behrouz Shaykholeslami

By: _____
      Mahbobeh Shariati

City/County of __Fairfax__ :
Commonwealth of Virginia :

    The foregoing instrument was acknowledged before me this 20th day of December 2007 by **Behrouz Shaykholeslami and Mahbobeh Shariati, husband and wife as Tenants by the Entirety.**

_____
Notary Public

My Commission Expires: 01-31-2008

[Notary Seal: CAROL WATERS, NOTARY, NO. 289448, EXP. 01/31/2008, COMMONWEALTH OF VIRGINIA]

After Recordation Return to:
Michael J. Wade, Esquire
Gary & Regenhardt PLLC
8500 Leesburg Pike, Suite 7000
Vienna, VA 22182

5

BK 19741 1289

2007-12-05   12:30   7035064544   MA   P 6/6

Tax Map# 038-3-08-0018 (Lot 18); 038-3-08-0019B (Lot 19B); and 038-1-04-0020 (Lot 20)
Grantee Address: 538 Lincoln St., Vienna, VA 22180

APPROVED AS TO FORM:

_____
Steve Briglia, Town Attorney

THE TOWN OF VIENNA, VIRGINIA

By: _____ (SEAL)
Name: M. Jane Seeman
Title: Mayor

COMMONWEALTH OF VIRGINIA:
COUNTY OF FAIRFAX; to-wit:

The foregoing instrument was acknowledged before me this 11th day of January, 2007, by M. Jane Seeman as Mayor of the Town of Vienna, Virginia.

_____ (SEAL)
Notary Public

My Commission Expires: _____

[Notary Seal: CAROL A. ORNDORFF, NOTARY, NO. 128832, EXP. 07/31/2010, COMMONWEALTH OF VIRGINIA]

After Recordation Return to:
Michael J. Wade, Esquire
Gary & Regenhardt PLLC
8500 Leesburg Pike, Suite 7000
Vienna, VA 22182

6

01/14/2008

Plat Attached

2008033169.005    BK 20176 2097    11/14/2008 12:21:05

Fairfax County Circuit Court, CPAN Cover Sheet v2.0    Page 1 of 1

# Fairfax County Circuit Court
# CPAN Cover Sheet v2.0

**Instruments**
DEED

**Grantor(s)**
SHAYKHOLESLAMI, BEHROUZ_I_N, SHARIATI, MAHBOUBEH_I_N

**Grantee(s)**
SHAYKHOLESLAMI, BEHROUZ_I_N, SHARIATI, MAHBOUBEH_I_N

| Consideration | 0 | Consideration % | | 100 | |
|---|---|---|---|---|---|
| Tax Exemption | 811 | Amount Not Taxed | | | |
| DEM Number | | Tax Map Number | | 038-1--04--0020-A | |
| Original Book | | Original Page | | | |
| Title Company | | | | Title Case | SHAY005 |
| Property Descr. | LOT 20A PROP OF BEHROUZ SHAYKHOLESLAMI & M SHARIATI | | | | |
| Certified | No | Copies | 0 | Page Range | |



http://166.94.9.156/coversheet/coversheet.aspx    11/12/2008



## DEED

[Exempt from Recordation Tax per Virginia Code § 58.1-810.3]

THIS DEED made and entered into this 3ᴿᴰ day of November, 2008, by and between:

BEHROUZ SHAYKHOLESLAMI and MAHBOUBEH SHARIATI, husband and wife,

hereinafter referred to as GRANTORS; and

BEHROUZ SHAYKHOLESLAMI and MAHBOUBEH SHARIATI, husband and wife, as tenants by the entireties with the common law right of survivorship

hereinafter referred to as GRANTEES;

WITNESSETH:

THAT for and in consideration of the sum of TEN DOLLARS ($10.00) and other good and valuable consideration, the receipt of which is hereby acknowledged, the GRANTORS do hereby grant, bargain, sell and convey, with GENERAL WARRANTY and ENGLISH COVENANTS of title, fee simple title to the following described real estate, with improvements thereon and appurtenances thereto, situate, lying and being in Fairfax County, Virginia, to wit:

Lot TWENTY-A (20-A) of THE PROPERTY OF BEHROUZ SHAYKHOLESLAMI AND MAHBOUBEH SHARIATI as the same appears of record in Deed Book 19741, Page 1283 among the land records of Fairfax County, Virginia, on a Plat attached to a Deed of Consolidation and Resubdivision of Lots 18, 19B and 20, Malcolm Heights as that said Subdivision was originally duly dedicated, platted and recorded in Deed Book 525, Page 537, there having been a previous

---

TAX MAP:
0381 04 0020A

GRANTEE ADDRESS:
6529 Fairlawn Drive
McLean, VA 22101

ASSESSED VALUE:
No Data

PROPERTY ADDRESS:
534 Lincoln Street, N.W.
Vienna, Virginia

UNDERWRITER:
N/A

RETURN TO:
BOX 30

FILE NO:
shay005

PREPARED BY:

JOHN E. CARTER, P.C.
ATTORNEY AT LAW
4103
CHAIN BRIDGE ROAD
SUITE 101
FAIRFAX, VIRGINIA
22030
(703) 591-2988
FAX (703) 591-2965

534 Lincoln

BK 20176 2099

resubdivision of the said Malcolm Heights, that being a resubdivision of original Lot 19, Malcolm Heights, into Lots 19A and 19B, as shown on a Plat attached to an instrument recorded in Deed Book 2847, Page 742, all of the above instruments and plats appearing among the aforesaid land records of Fairfax County, Virginia;

AND BEING a part of the same property conveyed to the GRANTORS by virtue of Deed, dated April 29, 2004 and recorded in Deed Book 16010, Page 1 among the aforesaid land records;

AND ALSO BEING a part of the property conveyed by Deed recorded in Deed Book 9603, Page 884, as corrected by Deed of Correction recorded in Deed Book 14428, Page 1054, all among the aforesaid land records;

AND ALSO BEING a part of the property conveyed by Deed recorded in Deed Book 17512, Page 1258, all among the aforesaid land records;

AND ALSO BEING a part of the property conveyed by virtue of Deeds recorded in Deed Book 11511, Page 1281 and Deed Book 10174, Page 1716, all among the aforesaid land records

unto the GRANTEES, as tenants by the entireties, with the full common law right of survivorship, it being intended that the title to the property be vested in both of the GRANTEES during their joint lives, and thereafter in the survivor of them;

SUBJECT, HOWEVER, to Deed(s) of Trust, if any, covenants, conditions, easements, restrictions and rights of way of record.

[SIGNATURE LINES FOR THIS DEED APPEAR ON THE FOLLOWING PAGES]

JOHN E. CARTER, P.C.
ATTORNEY AT LAW
4103
CHAIN BRIDGE ROAD
SUITE 101
FAIRFAX, VIRGINIA
22030
(703) 591-2985
FAX (703) 591-2965

BK 20176 2100

WITNESS the following signature(s) and seal(s):

_____ (SEAL)
BEHROUZ SHAYKHOLESLAMI

COUNTY OF FAIRFAX )
)
)
STATE OF VIRGINIA ), to-wit:

I, the undersigned, a Notary Public in and for the jurisdiction aforesaid, do hereby certify that:

BEHROUZ SHAYKHOLESLAMI

whose signature is affixed to the foregoing Deed, appeared before me in my said jurisdiction and acknowledged the same to be ~~her~~ his free act and deed.

GIVEN under my hand and seal this 5th day of November, 2008.

_____
Notary Public

My commission expires:

Registration No:

Marta M. Johnson
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 127647
My Commission Expires
August 31, 2010

JOHN E. CARTER, P.C.
ATTORNEY AT LAW
4103
CHAIN BRIDGE ROAD
SUITE 101
FAIRFAX, VIRGINIA
22030
(703) 591-2985
FAX (703) 591-2965

BK 20176 2101

WITNESS the following signature(s) and seal(s):

Mahboubeh Shariati (SEAL)
MAHBOUBEH SHARIATI

COUNTY OF FAIRFAX )
)
)
STATE OF VIRGINIA ), to-wit:

I, the undersigned, a Notary Public in and for the jurisdiction aforesaid, do hereby certify that:

MAHBOUBEH SHARIATI

whose signature is affixed to the foregoing Deed, appeared before me in my said jurisdiction and acknowledged the same to be her free act and deed.

GIVEN under my hand and seal this 3rd day of November, 2008.

Elizabeth Crone
Notary Public

My commission expires:
Registration No:

Elizabeth Diane Crone
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 309803
My Commission Expires
December 31, 2010

JOHN E. CARTER, P.C
ATTORNEY AT LAW
4103
CHAIN BRIDGE ROAD
SUITE 101
FAIRFAX, VIRGINIA
22030
(703) 591-2985
FAX (703) 591-2965

THIS DEED HAS BEEN PREPARED WITHOUT THE BENEFIT OF A TITLE SEARCH AND REVIEW OF THE DOCUMENTS THAT MAKE UP THE CHAIN OF TITLE TO PROPERTY CONVEYED HEREBY

A COPY TESTE:
JOHN T. FREY, CLERK
BY: _____
Deputy Clerk

11/14/2008

DATE: 03/02/2017









BK 25586 0380

Sec. 17-41. Widths; dedication of rights of way.

No street of less than full width shall be allowed. Street widths shall not be less than as follows:

| Street Type. | Width. |
|---|---|
| Service drives. | 32 feet |
| Secondary and local streets. | 50 feet |
| Main arterial and inner loop. | 60 feet |





AS PER THE COURT ORDER, RECORDED IN D.B 25259 PG 1428 THE DEED OF CONSOLIDATION AND RE-SUBDIVISION NONETHELESS FAILS TO COMPLY WITH APPLICABLE PROVISIONS OF THE SUBDIVISION ORDINANCE AND WAS THEREFORE VOID FROM ITS INCEPTION"
ATTACHED IS THE TOWN OF VIENNA APPROVED PLAT DATED 2/7/19 AS DEFINED BY COURT ORDER RECORDED IN DEED BOOK 25259 P 1433



2019007123 001    BK 25654 0152    02/08/2019 11 07:21

Fairfax County Land Records
Cover Sheet

3. RESIDENTIAL - MEDIUM LOT ZONE (12,500 SQ. FT.) (RS-12.5)

Section 18-20 RS-12.5 Purpose

The purpose of this zone is to provide single-unit, detached residences with a minimum lot area of 12,500 square feet.



Sec. 17-25. Owner's statement.

Every final plat, or the deed of dedication to which such plat is attached, shall contain in addition to the engineer's or surveyor's certificate a statement as follows: "The platting or dedication of the following described land (here insert correct description of the land subdivided) is with the free consent and in accordance with the desire of the undersigned owners, proprietors and trustees (if any)." The statement shall be signed by such persons and duly acknowledged before some officer authorized to take acknowledgments of deeds. When thus executed and acknowledged, the plat, upon approval as specified in this article, shall be filed and recorded in the office of the clerk of the circuit court of the county, and indexed under the names of the owners of the land signing such statement and under the name of the subdivision. (Code 1962, § 13-26; 2- -66.)

Sec. 17-29. Actions of council.

(a) The town council shall, within sixty days from the date of submission of the final plat, approve, modify or disapprove such plat, and failure to act within sixty days shall be deemed approval. The council's approval of the plat shall be certified by the mayor or other agent designated by the council and attested by the clerk, by so indicating on the final plat. If the plat is disapproved, a statement of the reason for such action shall be attached to the plat and returned to the subdivider.

(b) The plat shall not be approved until the subdivider has complied with the general requirements and minimum standards of design in accordance with this chapter. (Code 1962, § 13-18; 2- -66.)

## lots 18, 19b, 20A, 20B before re-subdivision approval in 10/7/2007

| OLD LOT 18 (505 HIGHLAND ST NW, vienna, va) 27,512 sqf per deed Bk 525 pg 537 | | old lot 20B (538 LINCOLN ST NW, Vienna, va) 21,995 sqf |
|---|---|---|
| lot 19A 501 highland st 13,756 sqf | old lot 20 19B (530 LINCOLN ST NW, Vienna, va) 13,756 sqf per Deed BK 2487 PG 744 | |

(1) Resubdivis in July 1964

## lots 18,19B,20A,20B APPROVED AFTER TWO PUBLIC HEARING AND IT CERTIFICATION OF ALL OWNERS SIGNATURES ON 11/07/2007

| LOT 18 after approval in 2007 become 13,796 sqf — **Paid all taxes** Tax ID:038-3-080018A | lot 19B after resubdivision aproval in 2007 become 16,500 sqf Tax ID: 038-3-08-0019C — **Paid all Taxes in Full Till 2019** | lot 20A after resubdivision approval in 2007 16,500sqf | lot 20B AFTER RESUBDIVISION APPROVA; IN 2007 BECOME 16,500SQF after two public hearing and done exact as Article 6 required and it has certification all owners signatures — **Paid all Taxes before foreclosure** |
|---|---|---|---|
| lot 19A 501 Highland st 13,756 sqf | **Paid all Taxes before foreclosure** | | |

(2) Resubdivis approved after Two public hearing in 11/2007
BK 1974 12
BK 20176 208
BK 20176 20'
BK 20176 20'
BK 20176 21

## LOT 18, 19B, 20A, 20B fraudulantly recorded ON 11/1/1/20018 missing certifation of all owne wners signatures BK 25654 PG 0161

| LOT 18 After unlawful, false vacation of reubdivion in 2007 become 13,796 sqf instead of become 27 | lot 19 B after unlawful, false vacati resubdivision in 2007 become 27,512 sqf — **did Not Follow Chapter 22, 149 Article 6** | lot 20A BECOME 5,945SQF Vioation of building setback, violation of article 6 and violation of judge order on 11/17/17 — **Pay Taxes for unusable Lot** | Lot 20B u B unlawful vacation of resubdivision in 2007 still is 16,500sqf — **built new house after 2010** |
|---|---|---|---|
| lot 19A 501 highland st 13,756 sqf | | | |

(3) Unlawful contempt the court order deceptive plat done without any civil Engineer on 11/1/2018 BK 25654 PG 0161

judge Brodie stated court has no authority to subdivide property
a- Mir contempt the court order and Mir contempt the court order dated 11/17/2017.
b- Mir violate article 6 of Virginia subdivions, and violated building set beck record new re-subdivision on 11/1/2018
c- recorded without consent and knowledge of all parties and violated judge Brodie's order on 11/17/2017 again.
d-after unlawful vacation of re-subdivision in 2007 lot 18, and lot 20B will be doubled not lot 19B
e-on plat dated 11/1/2018 BK 25654 PG 0161 Signature of engineer and all parties missing as judge Brodie required in transcript 10/10/2017 page 10 and        f- all owners certificate is missing